Request for Jurisdiction Transfer                                                                 July 17, 2024
Name of Offender: Jason Andrew Warren

| ✎PROB 22 (Rev. 01/24) | DOCKET NUMBER *(Tran. Court)* 2:20-CR-00508-VAP-2 |
|---|---|
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Central District of California | DIVISION Western |
|---|---|---|
| Mr. Jason Andrew Warren<br>xxxx Button Willow Drive<br>Las Vegas, Nevada 89134 | NAME OF SENTENCING JUDGE Virginia A. Phillips | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM September 6, 2023   TO September 5, 2026 |

OFFENSE
21 USC 841(a)(1), (b)(1)(A)(iii): Possession with Intent to Distribute at least 50 grams of Methamphetamine

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mr. Warren's immediate familial ties are in the District of Nevada. He has no intention of returning to the Central District of California.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   CENTRAL   DISTRICT OF   CALIFORNIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>District of Nevada</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

7/18/2024                                                     *[signed] Dolly M. Gee*
Date                                                                United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   DISTRICT OF   Nevada

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7/24/2024                                                     *[signed]*
Effective Date                                                United States District Judge